166 P.3d 991

# SUPREME COURT OF HAWAIʻI

| | | | |
|---|---|---|---|
| Sheehan v. Grove Farm Co., Inc. . . . 25811 | 07/31/2007 | Dismissed | 114 Hawaiʻi 376, 163 P.3d 179 |
| State v. Beltran . . . . . . . . . . . . . . . . . 26096 | 09/05/2007 | Granted | 114 Hawaiʻi 100, 157 P.3d 539 |
| State v. Fetelee. . . . . . . . . . . . . . . . . 27482 | 08/29/2007 | Granted | 114 Hawaiʻi 151, 157 P.3d 590 |
| State v. Owens . . . . . . . . . . . . . . . . . 27714 | 08/10/2007 | Granted | 113 Hawaiʻi 472, 155 P.3d 655 |